IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ELIZABETH VAN DUYNE and<br>THE STATE OF TEXAS,<br><br>   Plaintiffs,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL<br>AND PREVENTION., et al.,<br><br>   Defendants. | § § § § § § § § § § § § | Civil Action No. 4:22-cv-00122-O |

## ORDER

On February 16, 2022, Plaintiffs filed a Complaint (ECF No. 1) and Motion for Preliminary Injunction (ECF No. 3). The Court **ORDERS** Plaintiffs to meet and confer with Defendants and prepare a status report for the Court that provides a proposed briefing schedule and hearing date on the Motion. Plaintiffs shall file this report no later than **February 23, 2022.**

**SO ORDERED** on this **16th day** of **February, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE