IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ELIZABETH VAN DUYNE and<br>THE STATE OF TEXAS,<br><br>　Plaintiffs,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL<br>AND PREVENTION., et al.,<br><br>　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:22-cv-00122-O |

## ORDER

Before the Court is the Status Report and Proposed Briefing Schedule on Plaintiffs' Motion for Preliminary Injunction (ECF No. 9), filed February 23, 2022. The Court adopts the following briefing schedule:

| Government's Response | March 4, 2022 |
|---|---|
| Plaintiffs' Reply | March 9, 2022 |
| Hearing | To be set at the Court's discretion after March 9, 2022 |

**SO ORDERED** on this **23rd day** of **February, 2022.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**