IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **ELIZABETH VAN DUYNE and THE STATE OF TEXAS,** § § § | |
| **Plaintiffs,** § § | |
| v. § | Civil Action No. 4:22-cv-00122-O |
| § | |
| **CENTERS FOR DISEASE CONTROL AND PREVENTION., et al.,** § § § | |
| **Defendants.** § § | |

## ORDER

Before the Court is Plaintiff Van Duyne's Unopposed Motion for Leave to Proceed Without Local Counsel (ECF No. 7), filed February 18, 2022. Defendant does not oppose this Motion. Plaintiff's counsel is located in Austin, Texas, and has been admitted to practice in the Northern District of Texas since 2004. Counsel has assured the Court that he will be available for hearings on short notice. The Court finds that Motion should be **GRANTED**.

Accordingly, it is **ORDERED** that Plaintiff's counsel is required to fulfill all local counsel requirements and abide by all local rules of this Court, including the standards of litigation conduct set forth in *Dondi Properties Corporation v. Commerce Savings & Loan Association*, 121 F.R.D. 284 (N.D. Tex. 1988) (per curiam). It is further **ORDERED** that if proceeding without local counsel disrupts this litigation or otherwise results in a failure to comply with the rules of this Court, Plaintiff will be required to immediately obtain local counsel.

**SO ORDERED** on this **28th day** of **February, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE