UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ELIZABETH VAN DUYNE and THE STATE OF TEXAS,  Plaintiffs, v. CENTERS FOR DISEASE CONTROL AND PREVENTION., et al.,  Defendants. | § § § § § § § § § § § § § Civil Action No. 4:22-cv-00122-O |

**ORDER**

On March 24, 2022, Judge Pittman transferred the case of *Family Research Council Action, Inc. v. Biden*, No. 4:22-cv-209, to the Court's docket. Under Federal Rule of Civil Procedure 42, the Court may consolidate cases "involv[ing] a common question of law or fact." The Court **ORDERS** the parties to brief whether the Court should consolidate 4:22-cv-122 and 4:22-cv-209. The parties shall submit cross briefs by **April 8** and may submit response briefs by **April 15**.

SO ORDERED on this **24th day** of **March, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1