UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ELIZABETH VAN DUYNE and THE STATE OF TEXAS, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:22-cv-00122-O |
| CENTERS FOR DISEASE CONTROL AND PREVENTION., et al., | § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Unopposed Motion to Stay Answer Deadline Pending Resolution of Dispositive Motions (ECF No. 26), filed April 13, 2022. Noting the motion is unopposed, the Court **STAYS** the deadline to answer or otherwise respond to Plaintiffs' complaint pending resolution of dispositive motions.

**SO ORDERED** on this **13th day** of **April, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1