# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **ELIZABETH VAN DUYNE and** | § | |
| **THE STATE OF TEXAS,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:22-cv-00122-O** |
| | § | |
| **CENTERS FOR DISEASE CONTROL** | § | |
| **AND PREVENTION., et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## <u>ORDER</u>

On April 18, 2022, a United States District Judge for the Middle District of Florida issued an opinion vacating the mask mandate at issue in this case. *See Health Freedom Defense Fund, Inc. v. Biden*, ECF No. 53, No. 8:21-cv-1693 (M.D. Fla. April 18, 2022). In light of the recent opinion, the Court **ORDERS** the parties to file briefs addressing (1) what effect, if any, the Middle District of Florida's judgment has on the relief requested in this case; (2) the similarity of the arguments and requested relief between the two cases; and (3) what effect, if any, a stay of the Middle District of Florida's judgment would have on the relief requested in this case. Cross-briefs are due on **April 22, 2022**, and the parties may file replies on **April 25**.

**SO ORDERED** on this **18th day** of **April, 2022.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**