UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ELIZABETH VAN DUYNE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*, <br><br> Defendants. | Civil Action No. 4:22-cv-00122-O |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants respectfully notify the Court of the attached order entered in *Wall v. Centers for Disease Control & Prevention*, No. 6:21-cv-975 (M.D. Fla. Apr. 29, 2022) ("*Wall* Order"). The plaintiff in that case, like Plaintiffs here, sued to challenge the CDC's transportation mask order. The *Wall* Order granted summary judgment to the federal defendants. As relevant here, the court concluded that (1) the mask order falls within CDC's statutory authority under the Public Health Service Act, *Wall* Order at 7–24, and (2) a claim invoking the nondelegation doctrine "clearly lack[s] merit," *id.* at 6 & n.6.

\*   \*   \*

1

Dated: April 29, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CHAD E. MEACHAM
Acting United States Attorney

ERIC B. BECKENHAUER
Assistant Branch Director

By: */s/ Stephen M. Pezzi*
STEPHEN M. PEZZI (D.C. Bar No. 995500)
MICHAEL J. GERARDI
ANDREW F. FREIDAH
JOHNNY H. WALKER
  Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: 202-305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*