## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **ELIZABETH VAN DUYNE and**<br>**THE STATE OF TEXAS,** | § <br> § <br> § | |
| **Plaintiffs,** | § <br> § | |
| **v.** | § <br> § | **Civil Action No. 4:22-cv-00122-O** |
| **CENTERS FOR DISEASE CONTROL**<br>**AND PREVENTION., et al.,** | § <br> § <br> § | |
| **Defendants.** | § <br> § | |

### ORDER

On April 13, 2022, the Transportation Security Agency ("TSA") extended the public transportation mask mandate through May 3, 2022.[1] The TSA has not renewed the mask mandate. In light of the expiration of the mask mandate, the Court **ORDERS** the parties to file briefs addressing (1) whether the case is moot; (2) whether Plaintiffs suffer an injury in fact; and (3) whether Plaintiffs suffer irreparable harm. Cross-briefs are due on **May 19, 2022**, and the parties may file replies on **May 23**.

**SO ORDERED** on this **13th day** of **May, 2022.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

---

[1] *See* TSA, *TSA extends face mask requirement through May 3, 2022* (Apr. 13, 2022), https://www.tsa.gov/news/press/statements/2022/04/13/tsa-extends-face-mask-requirement-through-may-3-2022.