**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| ELIZABETH VAN DUYNE, and THE STATE OF TEXAS, | § § § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-00122-O |
| | § | |
| CENTERS FOR DISEASE CONTROL | § | |
| AND PREVENTION, ROCHELLE P. | § | |
| WALENSKY, in her official capacity as | § | |
| Director of the CDC, SHERRI A. | § | |
| BERGER, in her official capacity as | § | |
| Chief of Staff of the CDC, UNITED | § | |
| STATES DEPARTMENT OF HEALTH | § | |
| AND HUMAN SERVICES, | § | |
| XAVIER BECERRA, in his official | § | |
| capacity as Secretary of HHS, and | § | |
| UNITED STATES OF AMERICA. | § | |
| *Defendants.* | § | |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs, Elizabeth "Beth" Van Duyne and the State of Texas, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismiss all causes of action in the complaint (ECF No. 1) against Defendants, Centers for Disease Control and Prevention, *et. al.*, without prejudice. As of June 27, 2023, Defendants' mandate requiring people wear masks while on commercial airlines, conveyances, and transportation hubs is no longer in effect. Given Plaintiffs now have the relief originally sought, and the constitutional rights of Texans are protected, further litigation in this case, with the current circumstances, is no longer necessary. Additionally, since Defendants have not served an answer or motion for summary

*Plaintiffs' Notice of Voluntary Dismissal*                                          1

judgment in this case, a voluntary notice of dismissal is proper. *See Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016) (In terms of Rule 41(a)(1)(A)(i), "notice of dismissal is self-effectuating and terminates the case in and of itself; no order or other action of the district court is required'" *quoting, In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015) (per curiam)).

Respectfully submitted.

**JOHN SCOTT**
Provisional Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Acting Deputy Attorney General for Civil
Litigation

**KIMBERLY GDULA**
Deputy Chief, General Litigation Division

**RYAN KERCHER**
Deputy Chief, General Litigation Division

*/s/ Heather L. Dyer*
**HEATHER L. DYER**
Attorney-in-charge
Assistant Attorney General
Texas State Bar No. 24123044
Heather.dyer@oag.texas.gov

**COUNSEL FOR THE STATE OF TEXAS**

*/s/Matthew Miller*
ROBERT HENNEKE
Texas Bar No. 24046058
rhenneke@texaspolicy.com

MATTHEW MILLER
Texas Bar No. 24046444
mmiller@texaspolicy.com
NATE CURTISI
Arizona Bar No. 033342
ncurtisi@texaspolicy.com
TEXAS PUBLIC POLICY FOUNDATION
901 Congress Avenue
Austin, Texas 78701
Telephone:   (512) 472-2700
Facsimile:    (512) 472-2728

**COUNSEL FOR ELIZABETH VAN DUYNE**

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document and all attachments were filed via

CM/ECF on June 27, 2023, causing electronic service on all counsel of record.


*/s/ Heather L. Dyer*
**HEATHER L. DYER**
Assistant Attorney General